

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00092-CV

**IN RE REGENCY FIELD SERVICES, LLC**;
Regency Energy Partners, LP; Regency GP LP; and Regency GP, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

On February 22, 2017, Relators filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus, the response filed by the real parties in interest and Relators' reply and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 1, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. M-14-0029-CV-C, styled *Leo Quintanilla, et. al. v. Regency Field Services, LLC, et. al.*, pending in the 343rd Judicial District Court, McMullen County, Texas, the Joel B. Johnson presiding.